## WEIR V. THE STATE.

(Two cases.)
(Decided Jan. 11, 1912.)

APPEAL from Gadsden City Court.

Heard before Hon. JAMES A. BILBRO.

No counsel marked for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.  Abated by death of appellant.

---

## WILLIAMS V. THE STATE.

(Decided Nov. 30, 1911.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.  No error of record.  Affirmed.

---

## WILLIAMS V. THE STATE.

(Decided Jan. 30, 1911.)

APPEAL from Pike County Law Court.

Heard before Hon. T. L. BORUM.

No counsel marked for appellant.  R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam.  No error in the record.  Affirmed.

---

## WILSON V. THE STATE.

(Decided Dec. 19, 1911.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. No error of record. Affirmed.

---

## WILSON V. THE STATE.

(Decided Feb. 8, 1912.)

Original petition in Court of Appeals.

S. W. FRIERSON, for petitioner. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Petition dismissed.

---

## WILSON MERCANTILE CO. V. MARTIN.

(Decided Jan. 30, 1911.)

APPEAL from Lawrence Circuit Court.

Heard before Hon. D. W. SPEAKE.

No counsel marked for either party.

Per curiam. Appeal dismissed.

---

## ZAVELLO V. GOLDSTEIN & CO.

(Decided Dec. 21, 1911.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

C. B. POWELL, for appellant. GEORGE HUDDLESTON, for appellee.

Per curiam. Mandamus denied and cause affirmed on the authority of *Zavello v. Goldstein, infra;* 57 South. 102.